IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DONNA ROSEMAN and**
**MICHAEL WILLIAMS,**

       **Plaintiffs,**                  U.S.D.C. FILE NO: 1:11-cv-00349

vs.                                          HON. PAUL L. MALONEY

**CITY OF BENTON HARBOR, and**
**WILCE COOKE, BYRAN JOSEPH,**
**DUANE L. SEATS, II, MARCUS**
**MUHAMMAD, DAVID SHAW,**
**EDDIE MARSHALL, JAMES**
**HIGHTOWER, AND RON CARTER,**
each in their official and individual
capacities, jointly and severally

       **Defendants.**
_____/

| | |
|---|---|
| **Daniel W. Grow (P48628)** | **Michael S. Bogren (P34835)** |
| **Attorney for Plaintiffs** | **Attorney for Defendants** |
| **TARGOWSKI & GROW, PLLC** | **PLUNKETT COONEY** |
| **141 E. Michigan, Suite 201** | **950 Trade Centre Way, Suite 310** |
| **Kalamazoo, MI  49007** | **Kalamazoo, MI  49002** |
| **Telephone: 269/519-8222** | **Telephone: 269/226-8822** |

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel hereto, that the above-captioned matter be dismissed, with prejudice and without costs, interest or attorney fees to any party.


DATED:  _August 31, 2011_        BY:__/s/ Daniel W. Grow_____
                                                     Daniel W. Grow (P48628)
                                                     Attorney for Plaintiffs

DATED:  _August 31, 2011__         PLUNKETT COONEY

                                                   BY:  /s/ Michael S. Bogren_____
                                                        Michael S. Bogren (P34835)
                                                        Attorney for Defendants

                                               BUSINESS ADDRESS:
                                             950 Trade Centre Way, Suite 310
                                             Kalamazoo, MI  49002
                                             **Direct Dial:  269/226-8822**

## ORDER

At a session of said Court, held in the United States District Court for the Western District of Michigan, Southern Division, on this _____ day of _____, 2011.

PRESENT:    HON. PAUL L. MALONEY, U.S. District Court Judge

This matter having come before the Court through stipulation, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-captioned matter may be, and the same hereby is, dismissed, with prejudice and without costs, interest or attorney fees to any party.

                                                         _____
                                                         Hon. Paul L. Maloney
                                                        U.S. District Court Judge

Open.20213.03051.11137749-1